IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Robertson<br>　　　　Plaintiff(s),<br><br>v.<br><br>Parkway Bank & Trust<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>) Case No. 07 C 3461<br>) Magistrate Judge Morton Denlow<br>)<br>) |

### AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1. This case is dismissed without prejudice.

2. Plaintiff may file a motion to reinstate, a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce the settlement agreement on or before September 30, 2008.

3. In the event no motion listed in paragraph 2 is filed on or before September 30, 2008, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court.

4. Each party shall bear its own attorney's fees and costs.

ENTER:

Dated: September 23, 2008

_Morton Denlow_
MAGISTRATE JUDGE MORTON DENLOW

AGREED TO:　　　　　　　　　　AGREED TO:

Attorney for Plaintiff(s):　　　　　Attorney for Defendant(s):